# First District Court of Appeal
## State of Florida

_____

No. 1D17-467
_____

C. David Peacock and Betty J. Peacock,

Appellants,

v.

U.S. Bank National Association as Trustee for Mastr Adjustable Rate Mortgages Trust 2007-2 Mortgage Pass-Through Certificates Series 2007-2,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

April 3, 2018

Per Curiam.

AFFIRMED.

Roberts, Ray, and Osterhaus, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Daniel C. O'Rourke of Matthews & Jones, LLP, Destin, and April Carrie Charney, Venice, for Appellants.

A. Wayne Williamson of Williamson Law Firm, LLC, Santa Rosa Beach; Nancy M. Wallace of Akerman LLP, Tallahassee; Kathryn B. Hoeck and Scott Russell Stengel of Akerman LLP, Orlando; William P. Heller of Akerman LLP, Fort Lauderdale; Celia C. Falzone of Akerman LLP, Jacksonville; Vanessa Sloat-Rogers of Robertson, Anschutz & Schneid, P.L., Boca Raton, for Appellee.